**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TYRONE ADAMS,**                                                                                      **PLAINTIFF**
**ADC #161157**

**v.**                                       **4:20-cv-00902-KGB/JTK**

**WENDY KELLEY,** *et al.*                                                          **DEFENDANTS**

<u>**ORDER**</u>

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3).   Plaintiff Tyrone Adams has not filed any objections, and the time for filing objections has passed.   After careful consideration, the Court concludes that the proposed findings and recommendations should be, and hereby are, adopted in their entirety as this Court's findings in all respects (*Id.*).   The Court dismisses without prejudice Mr. Adams's complaint for failure to pay the filing fee or file a motion to proceed *in forma pauperis* within 30 days as directed by the Court (Dkt. No. 1).

It is so ordered this 21st day of October, 2020.

Kristine G. Baker
United States District Judge